1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64473)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  San Francisco, CA 94609
   Telephone: (510) 763-9967
4  Facsimile:  (510) 272-0711

5  Attorney for Defendant
   IVAN LUQUE LOPEZ
6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                              −ooo−
11

12  UNITED STATES OF AMERICA,
                                        CR.  05-803-SBA
          Plaintiff,
13

14  vs.                                 **STIPULATION TO CONTINUE
                                        STATUS CONFERENCE**
15
    SERGIO VEGA-ROBLES, et al.,
16
          Defendants.
17
    _____/
18

19       Defendant IVAN LUQUE LOPEZ, by and through his counsel of record

20  Randy Sue Pollock, on behalf of all defendants, and Assistant U.S. Attorney Kim Briggs,

21  hereby stipulate and agree that the status conference presently set for April 10, 2007 be

22  continued until Tuesday, June 5, 2007, at 9 a.m.

23

24  ///

25  ///

26  ///

27  ///

28

1        This continuance is at the request of all counsel who need additional time to

2   review the evidence and to meet and confer with the government regarding a possible

3   disposition.  Additionally, Michael Thorman was appointed on March 8, 2007 to

4   represent Jose Vega-Robles and he needs time in order to review the discovery in this

5        The time period from April 10, 2007, to June 5, 2007 would be deemed excludable

6   pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by

7   granting a continuance outweigh the best interests of the public and of the defendant in a

8   speedy trial.   Additionally, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) given the

9   nature of the prosecution, the volume of the evidence, the fact that wiretaps were

10  involved, it is unreasonable to expect adequate preparation for pretrial proceedings and

11  for the trial within the time limits established by the Speedy Trial Act.

12

13

14    Date: April 10, 2007                /s/Randy Sue Pollock

15                                        RANDY SUE POLLOCK
        Counsel for Defendant

16                                        IVAN LUQUE LOPEZ
        On Behalf Of All Defendants

17

18

19    Date: April10, 2007                 /s/ Kim Briggs

20                                        KIM BRIGGS
        Assistant United States Attorney

21

22

23  SO ORDERED:

24  April_13,  2007                    _Saundra B Armstrong_____

25                                  SAUNDRA B. ARMSTRONG
        United States District Court Judge

26

27

28