LINDA FULLERTON, Bar No. 83444
PAUL FEUERWERKER, Bar No. 203616
Attorneys at Law
54 Railroad Avenue
Point Richmond, CA 94801
(510) 232-4000

Attorney for Defendant
SERGIO VEGA ROBLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERGIO VEGA ROBLES,<br><br>    Defendant.<br>_____/ | No. CR 05-00803 SBA<br><br>**ORDER FOR ACCESS<br>TO TELEPHONE** |

Good cause showing,

IT IS HEREBY ORDERED that SERGIO VEGA ROBLES have access to a telephone for personal calls.

This agreement is stipulated to between the parties, and approved by Kimberly M. Briggs, Assistant United States Attorney.

Dated: 12-24-07

_____
UNITED STATES DISTRICT JUDGE

Approved as conforming to the stipulation.

Dated: 11/4/07

/s/ Kimberly M. Briggs
KIMBERLY M. BRIGGS
Assistant United States Attorney