THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. CR 05-00803 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| SERGIO VEGA-ROBLES, et al., | |
| Defendants. / | |

Before the Court is the parties' stipulation requesting a continuance of the hearing on defendant's motion to compel discovery and reveal confidential informants [Docket No. 132] set for July 22, 2008. The parties stipulate that good cause exists to continue the hearing to September 9, 2008 because defense counsel requires more time to review the government's response to defendant's motion.

Accordingly, it is hereby ORDERED that the status hearing set for July 22, 2008 is continued to September 9, 2008 at 11:00 a.m.

It is further ORDERED that the time between July 22, 2008 to September 9, 2008 is excludable under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation.

IT IS SO ORDERED.

Dated: 7/21/08

SAUNDRA BROWN ARMSTRONG
United States District Judge