RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
IVAN LUQUE-LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00803 SBA |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE DATE FOR STATUS CONFERENCE** |
| IVAN LUQUE-LOPEZ, | |
| Defendant. | |

Defendant Ivan Luque Lopez, by and through his counsel of record Randy Sue Pollock, and on behalf of all defense counsel in this case, and Assistant United States Attorney Kimberly Briggs, hereby agree to extend the date for status conference in this matter from January 30, 2009 to February 10, 2009.

This matter was set for January 27, 2009, but the Court continued it until January 30, 2009 and that date conflicts for some of the defense counsel in this case.  All counsel agree that they can be present on February 10, 2009.

///

///

1      The time period from January 27, 2009, to February 10, 2009 would be deemed
2 excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice
3 served by granting a continuance outweigh the best interests of the public and of the
4 defendant in a speedy trial.   Additionally, pursuant to 18 U.S.C. Section
5 3161(h)(8)(B)(ii) given the nature of the prosecution, the volume of the evidence, and the
6 fact that plea agreements are being considered,  it is unreasonable to expect adequate
7 preparation for pretrial proceedings and for the trial within the time limits established by
8 the Speedy Trial Act.

Dated: January 23, 2009

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Attorney for Defendant
**IVAN LUQUE-LOPEZ**
ON BEHALF OF ALL COUNSEL

Dated:   January 23, 2009

/s/ Kimberly Briggs
KIMBERLY BRIGGS
Assistant United States Attorney

SO ORDERED:

Dated: January 30, 2009

SAUNDRA BROWN ARMSTRONG
United States District Court Judge